SCANNED

## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 05-30040MAP |
| | **VIOLATIONS:** |
| | **21 U.S.C. § 846 –**<br>**Conspiracy to Possess**<br>**with Intent to Distribute**<br>**and Distribution of**<br>**Cocaine Base (Count One)** |
| v. | |
| | **21 U.S.C. § 841(a)(1) –**<br>**Possession with the**<br>**Intent to Distribute and**<br>**Distribution of Cocaine**<br>**Base; 18 U.S.C. § 2 –**<br>**Aiding and Abetting**<br>**(Count Two)** |
| | **18 U.S.C. §922(g)(1) –**<br>**Possession of a Firearm**<br>**and Ammunition by a**<br>**Convicted Felon** |
| **(1) FELIX MORALES,**<br>**and** | **(Count Three)** |
| **(2) NEFTALY ROSADO,**<br>**Defendants** | **21 U.S.C. § 853 –**<br>**Forfeiture Allegation** |

## INDICTMENT

The Grand Jury charges:

**COUNT ONE:**   **Title 21, United States Code, Section 846 –**
**Conspiracy to Possess with Intent to Distribute**
**and Distribution of Cocaine Base**

From a time unknown to the Grand Jury, but at least by or about October 2004, and continuing thereafter, in Springfield, and elsewhere in the District of Massachusetts,

**(1) FELIX MORALES, and**
**(2) ROSADO NEFTALY,**

defendants herein, did knowingly and intentionally conspire and agree with each other and persons unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The conspiracy to possess with the intent to distribute and distribution of cocaine base described in Count One of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count One.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**    **Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute and Distribution of Cocaine Base; Title 18, United States Code, Section 2 - Aiding and Abetting**

On or about October 11, 2004, in Springfield, in the District of Massachusetts,

### (1) FELIX MORALES, and
### (2) ROSADO NEFTALY,

the defendants herein, did knowingly and intentionally possess with the intent to distribute and distribute a quantity of cocaine base in the form of crack cocaine, a Schedule II controlled substance.

The possession with the intent to distribute and distribution of cocaine base described in Count Two of the Indictment involved five grams or more of a mixture or substance containing a detectable amount of cocaine base in the form of crack cocaine, a Schedule II Controlled Substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to Count Two.

All in violation of Title 21, United States Code, Section 841(a)(1); and, Title 18, United States Code, Section 2.

**COUNT THREE:**  **Title 18, United States Code, Section 922(g)(1) - Possession of a Firearm and Ammunition by a Convicted Felon**

On or about February 21, 2005, in Hampden County, in the District of Massachusetts,

**FELIX MORALES,**

Defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly did possess, in or affecting interstate commerce, the following firearm:

   &ndash; 9 mm Colt pistol, serial number PF07572
   &ndash; 9 mm rounds of ammunition

All in violation of Title 18, United States Code, Section 922(g)(1).

-4-

**FORFEITURE ALLEGATION**
**(21 U.S.C. § 853)**

1.    As a result of the offenses alleged in Counts One and Two of this Indictment,

**(1) FELIX MORALES, and**
**(2) ROSADO NEFTALY,**

Defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2.    If any of the properties described in paragraph 1, above, as a result of any act or omission of the defendants –

    (a)   cannot be located upon the exercise of due diligence;

    (b)   has been transferred or sold to, or deposited with, a third party;

    (c)   has been placed beyond the jurisdiction of the Court;

    (d)   has been substantially diminished in value; or

    (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

-5-

        All in violation of Title 21, United States Code, Section

853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Paul Hart Smyth
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS: _____ JUNE 7 _____, 2005

Returned into the District Court by the Grand Jurors and filed.


_____
DEPUTY CLERK OF THE COURT

-7-

JS 45  (5/97) - (Revised USAO MA 6/29/04)

Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:** _____    Category No. __II__    **Investigating Agency** __FBI__ ____ ___

**City** __Springfield_____    **Related Case Information:**

**County** __Hampden_____    Superseding Ind./ Inf. _____    Case No. _____
                                  Same Defendant _____    New Defendant _____
                                  Magistrate Judge Case Number    _____
                                  Search Warrant Case Number      _____
                                  R 20/R 40 from District of      _____

**Defendant Information:**

Defendant Name __Neftaly Rosado_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address __40 Birch Street, Ludlow, MA_____

Birth date (Year only): __1986__  SSN (last 4 #): __5085__ Sex __M__ Race: __Hispanic____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Paul H. Smyth_____    Bar Number if applicable __634600__

Interpreter:    ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED:    ☒ Yes    ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date: __June 9, 2005__ Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Rosado Neftaly _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21:846 | Consp. to poss. w/int. to dist. & dist. coc. base | 1 |
| Set 2 | 21:841a1 | Poss. w/ int. to dist. & dist. of cocaine base | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**JS 45 (5/97) - (Revised USAO MA 6/29/04)**

<u>**Criminal Case Cover Sheet**</u>                    <u>**U.S. District Court - District of Massachusetts**</u>

**Place of Offense:** _____   **Category No.** __II__   **Investigating Agency** __FBI__ ___ ___

**City** __Springfield_____    **Related Case Information:**

**County** __Hampden_____    Superseding Ind./ Inf. _____ Case No. _____
                                 Same Defendant _____ New Defendant _____
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Felix Morales_____    Juvenile ☐ Yes ☒ No

Alias Name _____ ___ ___

Address __768 Bradley Road, Springfield, MA_____ ___ ___

Birth date (Year only): __1978__ SSN (last 4 #): __7205__ Sex __M__ Race: __Hispanic__ Nationality: _____ ___ ___

**Defense Counsel if known:** _____   **Address:** _____ ___ ___

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Paul H. Smyth_____   **Bar Number if applicable** __634600__

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____ ___ ___

**Matter to be SEALED:** ☒ Yes ☐ No

   ☒ **Warrant Requested**   ☐ **Regular Process**   ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ _.
☒ Already in State Custody _____ ☒ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  **Ordered by** _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:** ~June 9, 2005~   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   <u>Felix Morales</u>

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21:846</u> | <u>Consp. to Poss. w/int. to Dist. & Dist. coc. base</u> | <u>1</u> |
| Set 2  <u>21:841(a)(1)</u> | <u>Poss. w/ int. to dist. and dist. of cocaine base</u> | <u>2</u> |
| Set 3  <u>18:922(g)</u> | <u>Felon in possess. of a firearm and ammunition</u> | <u>3</u> |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**