≜AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

| FIRST | DISTRICT OF | MASSACHUSETTS |

**UNITED STATES**

V.

**NEFTALY ROSADO**

**APPEARANCE**

Case Number: 05-30040MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case    United States of America

I certify that I am admitted to practice in this court.

_June 9, 2005_
Date

Signature

**PAUL H. SMYTH**      634600
Print Name                          Bar

**1550 MAIN STREET, SUITE 310**
Address

**SPRINGFIELD,**   **MA**   **01103**
City                State         Zip Code

**413-785-0235**    **413-785-0394**
Phone Number                       Fax