UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Cr. No. 05-30040 MAP |
| FELIX MORALES, ) | |
| and ) | |
| NEFTALY ROSADO, ) | |
| Defendants ) | |

GOVERNMENT'S MOTION TO SEAL AND IMPOUND

The United States of America, by its undersigned attorneys, respectfully requests that the Court seal and impound the accompanying indictment and arrest warrant and all other documents relating to the indictment and arrest warrant. The investigation is confidential and continuing. Premature release of these documents and any resulting court orders could jeopardize the investigation.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                         By:    /s/ Paul H. Smyth
                                 PAUL H. SMYTH
                                 Assistant U.S. Attorney

June 9, 2005