AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**APPEARANCE**

Case Number: 05-30040MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Neftaly Rosado

Date: 6/15/05

Signature: [signed]

Print Name: Joseph D Bernard

Address: 73 State Street

City: Spfld   State: MA   Zip Code: 01103

Phone Number: (413) 731-9995