AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

NEFTALY ROSADO

**WARRANT FOR ARREST**

SEALED

CASE NUMBER: 05-30040 MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Rosado Neftaly
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute and distribution of cocaine base; distribution of cocaine base

in violation of Title 21 ~~and 18~~ United States Code, Section(s) 846, 841 ~~and 922~~

Kenneth P. Neiman
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 95 Clintwood Avenue, Springfield, MA

DATE RECEIVED 6/9/05

DATE OF ARREST 6/15/05

NAME AND TITLE OF ARRESTING OFFICER: SAO ~~Mark~~ STEVE MARANGOUDAKIS

SIGNATURE OF ARRESTING OFFICER

This form was electronically produced by Elite Federal Forms, Inc.

442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Neftaly Rosado

ALIAS:

LAST KNOWN RESIDENCE: 40 Birch Street, Ludlow

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Springfield

DATE OF BIRTH (4 digit year): 00-00-1986

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5085

HEIGHT: 5'5"

SEX: Male                                    WEIGHT: 240

HAIR: Brown                                  RACE: Hispanic

                                             EYES: Hazel

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: