UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                  )<br>)<br>)<br>NEFTALY ROSADO,             )<br>    Defendant.              ) | CRIMINAL NO. 05-cr-30040-MAP |

THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
<u>REPORT PURSUANT TO LOCAL RULE 116.5(A)</u>

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Joseph Bernard, counsel for the Defendant, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1.   The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2.   The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States.  Additional discovery will be provided to counsel upon receipt of the discovery by the undersigned U.S. Attorney.  For example, the FBI is in the process of copying numerous recording made during this investigation.  The government will forward the copies relevant to the above-captioned case upon receipt from the FBI.  The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3. The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4. The parties agree that the time from the Defendant's initial appearance, June 15, 2005, through the initial status date, August 8, 2005 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5. The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6. The parties agree that it is premature to establish a final status conference at this time.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul Hart Smyth

Paul Hart Smyth
Assistant U.S. Attorney

Joseph Bernard, Esq.
Counsel for Neftaly Rosado