UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                      )<br>)<br>)<br>FELIX MORALES,                 )<br>and                             )<br>NEFTALY ROSADO,                )<br>    Defendants.                )  | CRIMINAL NO. 05-cr-30040-MAP |

THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Joseph Bernard, counsel for Neftaly Rosado, and Attorney Richard Rubin, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1.  The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2.  The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1(C) and 116.2 of the Local Rules of the United States. The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3.  The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4.  The parties agree that the time from initial status date, August 8, 2005, until the status date on September 14, 20095 is excludable from the Speedy Trial Act in the interests of

justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Attorney Bernard and Attorney Rubin respectfully request additional time to review the recordings with their respective clients. Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5.  The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6.  The parties agree that it is premature to establish a final status conference at this time.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: _____
>Paul Hart Smyth
>Assistant U.S. Attorney
>
>_____
>Joseph Bernard, Esq.
>Counsel for Neftaly Rosado
>
>_____
>Richard Rubin, Esq.
>Counsel for Felix Morales