UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>FELIX MORALES and )<br>NEFTALY ROSADO, )<br>         Defendants ) | Criminal Action No. 05-30040-MAP |

SCHEDULING ORDER
September 15, 2005

NEIMAN, U.S.M.J.

    The following schedule was established at the Status conference held on September 14, 2005:

    1.    An interim status conference will be held on October 5, 2005, at 3:30 p.m. in Courtroom III.

    2.    On or before the close of business, October 3, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

                                      /s/ Kenneth P. Neiman
                                      KENNETH P. NEIMAN
                                      U.S. Magistrate Judge