THE LAW OFFICES OF
JOSEPH D. BERNARD, P.C.

73 STATE STREET, SUITE 301
SPRINGFIELD, MA 01103
TELEPHONE: (413) 731· 9995 · FAX (413) 730 · 6647
NORTHAMPTON OFFICE:
90 CONZ STREET
NORTHAMPTON, MASSACHUSETTS 01060
TELEPHONE: (413) 586 · 9799
WEBSITE: www.bernardatlaw.com

JOSEPH D. BERNARD

September 23, 2005

United States Federal Court Clerk's Office
Federal Building & Courthouse
1550 Main Street, Room
Springfield, MA 01103

Attn:   Clerk's Office
RE:     Neftaly Rosado—05CR30044-MAP

To Whom It May Concern:

Please be advised that my office has yet to receive the written report and/or materials generated
by the law enforcement officials in this matter.  Please provide my office with these requested
items as soon as possible.

If you have any questions please contact my office.

Sincerely yours,

Joseph D. Bernard
JDB:jr.