

*U.S. Department of Justice*

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*                              *Federal Building & Courthouse*
*Fax: (413) 785-0394*                                          *Main Street, Room 310*
                                                               *Springfield, Massachusetts 01103*

September 27, 2005

Joseph Bernard, Esq.
73 State Street
Springfield, MA 01103

Re:  United States v. Neftaly Rosado
     Criminal No. 05-30040-MAP

Dear Attorney Bernard:

In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the following response to your discovery letter dated September 23, 2005.

The government declines to provide "reports and/or materials generated by law enforcement officials" but rather will provide those relevant materials in accordance with 18 U.S.C. § 3500 and L.R. 116.

In addition, I intend to call expert witnesses from the DEA laboratory regarding the chemical analyses of the drugs purchased from the defendant in this case. I provided copies of the DEA form 7's with the results of the completed analyses. Those forms contain the names of the chemists who did the analyses and whom I expect to call as witnesses. The chemists will testify that based upon his/her education, training and experience as a chemist that he/she performed an analysis of the cocaine base in this case and that it is in fact cocaine base.

Further, I presently intend to call members of the FBI Gang

Task Force (GTF), including but not limited to FBI SA Mark Karangekis, GTF Agent Frank Ott, GTF Agent Steve Marangoudakis, and GTF Agent James Mazza to testify at trial.  I expect they will testify about terms, prices and methods of distribution in the illegal drug business based upon their training and experience investigating narcotics offenses.

The government intends to ask the GTF agents about terms used during the conversations between the defendant and the cooperating witness (CW) regarding drug quantities.  The government will also ask the GTF agents about the references to amounts of money discussed during the conversations and expects that they will testify that those amounts are consistent with the prices in this area at the relevant time.

The GTF agents will also testify regarding the operation of a drug business.  For example they will testify that drug businesses use beepers, cellular phones, code words or phrases, generally accept cash only and involve several levels of distributors in a hierarchy.  They will also testify that drug distributors will not deal directly with unknown individuals but rather will only deal with people they know or use other members of the conspiracy to insulate themselves from detection by law enforcement.

The GTF agents will also testify about terms, prices and methods of distribution in the illegal drug business.  Further, they will testify that crack or crack cocaine is the street term for cocaine base and that cocaine base in the form of crack cocaine is made by cooking cocaine and at least one other dilutant, usually baking soda.  They will testify that crack is also called rock and hard.  They will testify that cocaine is also called raw, soft or powder.  They will testify that a brick is a kilogram of cocaine.  They will testify that cocaine and crack cocaine are sold in quantities which are sometimes referred

to in metric weight and sometimes in ounces.  They will testify that one ounce is approximately 28 grams and that an "eighth" or "8 ball" refers to one-eighth of an ounce which is approximately 3.5 grams.  This is not a comprehensive list of the testimony but rather a summary of the expected testimony.  The GTF agents will be testifying based upon their training as a law enforcement agents and their experience in investigating numerous drug cases.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By: /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney

cc:  Bethany Healy
     Courtroom Clerk
     Hon. Kenneth P. Neiman
     United States Magistrate Judge