UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
                              )
        v.                    )    CRIMINAL NO. 05-30040-MAP
                              )
                              )
FELIX MORALES,                )
and                           )
NEFTALY ROSADO,               )
        Defendants.           )
```

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Richard Rubin, counsel for Felix Morales, and, Attorney Joseph Bernard, counsel for Cesar Cruz, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

   1.   The Government has provided or made available all of its discoverable information.

   2.   The parties do not anticipate additional discovery as the result of future receipt of information.

   3.   The defendants do not intend to raise a defense of insanity or public authority.

   4.   The government has requested notice of alibi by the defendants and there has been no response by the Defendant.

   5.   The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by

the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6. The parties request this Court to set a date for a further status. Both counsel have experienced technical difficulties in accessing the DVD recording provided by the government. As of October 3, 2005, Attorney Rubin has successfully accessed the recording but has not yet found sufficient time to present the recording to Defendant Morales. Both counsel need addition time to review the recordings with their respective clients and to prepare pretrial motions. In light of the above, the parties request a further status date. The parties also request this court exclude the delay from August 2, 2005 through the next hearing date (to be scheduled on October 5, 2005) from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). In addition to the necessary delay concerning the discovery, a reason for the excludable delay is continuity of counsel. Attorney Rubin has had a very busy schedule in state and federal court. Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

7. It is premature to notify the Court as to whether either of the Defendants will decide to change his plea.

8. In the event that a trial is necessary the trial will

last approximately 4 days.

    9.  This report was sent to both counsel on October 3, 2005. A date convenient with the Court should be established for a final status conference.

    Filed this 4th day of October, 2005.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                              United States Attorney

                      By:  /s/ Paul Hart Smyth
                              _____
                              Paul Hart Smyth
                              Assistant U.S. Attorney


                              _____
                              Attorney Richard Rubin
                              Counsel for Felix Morales


                              _____
                              Attorney Joseph Bernard
                              Counsel for Neftaly Rosado