UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )   CRIMINAL NO. 05-30040-MAP
                                )
FELIX MORALES,                  )
and                             )
ROSADO NEFTALY,                 )
     Defendants.                )


   THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
                       (Assented to)

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from October 5, 2005 until November 2, 2005.  In support of this motion, the Government states the following:

   1.   On October 5, 2005, the Defendant Morales (through Attorney Richard Rubin) and Defendant Rosado (through Attorney Joseph Bernard) agreed with the government that this time should be excluded.  The parties need the time to review the discovery, show the discovery to the Defendants, and to prepare discovery letters and motions.

   It is in the best interests of the Defendant, the government, and the public, to exclude the time from October 5, 2005, until November 2, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By:  /s/ Paul Hart Smyth
      _____
      Paul Hart Smyth
      Assistant U.S. Attorney

Dated: October 5, 2005

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          October 5, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Terry Nagel, 95 State Street, Springfield, MA and Attorney Joseph Franco, 51 Park Avenue, West Springfield, MA.

                                           /s/ Paul Hart Smyth
                                           Paul Hart Smyth
                                           Assistant U.S. Attorney