UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal Action No. 05-30040-MAP |
| ) | |
| ) | |
| FELIX MORALES and ) | |
| NEFTALY ROSADO, ) | |
| Defendants ) | |

STATUS REPORT
October 5, 2005

NEIMAN, U.S.M.J.

The court held a status conference this day pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for November 2, 2005.

3. The parties – and the court – have agreed and determined that no time has run on the Speedy Trial Clock through November 2, 2005. A separate order shall issue.

4. There are no other matters relevant to the progress or resolution of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge