```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
         v.                   )    CRIMINAL NO. 05-30040-MAP
                              )
                              )
FELIX MORALES,                )
and                           )
NEFTALY ROSADO,               )
         Defendants.          )
```

### THE GOVERNMENT'S AND THE DEFENDANTS' STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, Attorney Richard Rubin, counsel for Felix Morales, and, Attorney Joseph Bernard, counsel for Neftaly Rosado, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The Government has provided or made available all of its discoverable information.

2. The parties do not anticipate additional discovery as the result of future receipt of information.

3. The defendants do not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi by the defendants and there has been no response by the Defendant.

5. The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro.

12(c).

6. The parties request this Court to schedule a date for pretrial conference for Neftaly Rosado. With respect to codefendant Felix Morales, the parties respectfully request this court to set a further status date.

The parties also request this court exclude the delay from November 2, 2005 through the next hearing date (to be scheduled on November 2, 2005) from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).

7. Attorney Bernard has notified the undersigned assistant U.S. attorney that he expects Defendant Rosado to change his plea to guilty. It is premature to notify the Court as to whether Defendant Morales will decide to change his plea.

8. In the event that a trial is necessary the trial will last approximately 4 days.

Filed this 2[th] day of November, 2005.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ Paul Hart Smyth
>_____
>Paul Hart Smyth
>Assistant U.S. Attorney
>
>_____
>Attorney Richard Rubin
>Counsel for Felix Morales

                                                    _____
                                                    Attorney Joseph Bernard
                                                    Counsel for Neftaly Rosado