UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.     )<br>)<br>)<br>)<br>FELIX MORALES and NAFTALY     )<br>ROSADO,     )<br>          Defendants  ) | Criminal No. 05-30040-MAP |

FINAL STATUS REPORT
November 8, 2005

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. Defendant Rosado has decided to change his plea and a Rule 11 hearing has been set for November 15, 2005, at 2:00 p.m.

3. With respect to Defendant Morales, an initial pretrial conference has been scheduled for January 4, 2006, at 2:30 p.m. in Courtroom I. Defendant Morales will inform the court at that time whether he intends to file any dispositive motions. The parties estimate that a trial, if necessary, will take approximately four days.

4. Defendant Morales does not intend to raise a defense of insanity or public authority.

5. For the reasons stated in the parties' joint report, the parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock.

6. There are no other matters relevant to the progress or resolution of the case.

DATED: November 8, 2005

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge