UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No.: 05-30040-MAP |
| | ) |
| NEFTALY ROSADO | ) |

## MOTION FOR DOWNWARD DEPARTURE

Now comes, Neftaly Rosado, in the above-entitled matter and respectfully moves this Honorable Court for a Downward Departure. In support thereof, Mr. Rosado states that such a downward departure is warranted for the following reasons:

1. Mr. Rosado is entitled to the "safety valve" provision under 18 U.S.C. § 3553 (f) (1)—(5) and U.S.S.G. § 5C1.2;
2. The Defendant had "minimal participation" in the concerted activity and is entitled to a total reduction of four (4) levels pursuant to §3B1.2;
3. Family Ties and Responsibilities pursuant to §5H1.6; and
4. Mitigating Circumstances not adequately taken into consideration by the U.S.S.G. pursuant to §5K2.0.

A Memorandum of Law is attached in support of the following motion.

Respectfully Submitted,
Neftaly Rosado
By His Attorney:

Joseph D. Bernard
The Law Offices of Joseph D. Bernard, P.C.
73 State Street, Suite 301
Springfield, MA 01103
(413) 731-9995
(413) 730-6647 fax
BBO#: 557986

Date:   March 20, 2006