# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES

v.                                           **APPEARANCE**

FELIX MORALES, *et al.*

Case Number:    05-CR-30040-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 1, 2007 | /s/ Alex J. Grant |
| Date | Signature |

| | |
|---|---|
| Alex J. Grant | 629754 |
| Print Name | Bar Number |

1550 Main St., Room #310
Address

| | | |
|---|---|---|
| Springfield | MA | 01103 |
| City | State | Zip Code |

| | |
|---|---|
| (413) 785-0235 | (413) 785-0394 |
| Phone Number | Fax Number |